she was an heir of Harrison. The trial court so held and directed judgment accordingly. The Appellate Division reversed the decision of the trial court and dismissed the complaint.

*James O. Sebring* for appellant.

*John Colmey* and *Hosmer H. Thompson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.

---

BLANCHE WILLETT, Respondent, *v.* UNITED STATES RUBBER COMPANY, Appellant.

*Negligence — action to recover for personal injuries occasioned by slipping on cement placed on stairs preparatory to laying rubber treads.*

*Willett* v. *United States Rubber Co.*, 204 App. Div. 875, affirmed.
(Submitted April 25, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1922, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that on March 24, 1919, defendant was engaged in laying rubber treads upon certain stairways in premises known as No. 229 West Forty-sixth street, in the borough of Manhattan, city of New York; that defendant negligently permitted paste, grease and rubbish to be and remain upon said stairways; that plaintiff, who was employed as a housekeeper in said building, in proceeding from the first floor to the ground floor, without fault on her part, was precipitated down said stairway by reason of said alleged negligence of defendant; and that plaintiff thereby sustained the injuries complained of. Defendant answered, denying the material allegations of the complaint, and alleging that plaintiff's injuries were the result of her contributory negligence.

*Adolph Ruger* and *Kennedy M. Thompson* for appellant.
*William B. Shelton* and *David Batt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.,

---

HARRIS R. CHILDS et al., Copartners under the Firm Name of CHILDS, PARR & JOSEPH, Respondents, *v.* C. E. RILEY COMPANY, Appellant.

*Contract — sale — action to recover for breach of contract of sale — defense of Statute of Frauds.*

*Childs* v. *Riley Co.*, 203 App. Div. 895, affirmed.

(Argued April 25, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1922, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover for breach of two alleged contracts for the sale of cotton sheetings. The answer was a general denial and set up as a separate defense the Statute of Frauds.

*Frederick N. Van Zandt* and *Richard H. McIntyre* for appellant.

*James Allison Kelly* and *William Henry Corbitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.

---

EDNA D. JOHNSON, Respondent, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Benefit associations — insurance — when amendment to by-laws adopted subsequent to contract authority for charge of deficiency lien against certificate.*

*Johnson* v. *Supreme Council, Catholic Benevolent Legion*, 204 App. Div. 841, reversed.

(Submitted April 26, 1923; decided May 11, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial